```
            IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

ONIS KELLEY                                              PETITIONER

vs.             Civil Case No. 5:06CV00169 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                        RESPONDENT

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, dismissed without prejudice.

IT IS SO ADJUDGED this 2nd day of October, 2005.

*Henry L. Jones, Jr.*
_____
United States Magistrate Judge